**Affirmed and Memorandum Opinion filed June 27, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00895-CR

**JOE ANTHONY MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 765967**

## M E M O R A N D U M   O P I N I O N

On May 9, 2012, the trial court signed an order denying appellant's motion for post-conviction DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure. Appellant filed a timely notice of appeal.[1]

---

[1] Appellant provided documentation showing that he delivered his notice of appeal to prison officials for mailing on June 4, 2012. Therefore, his notice of appeal is deemed timely. *See Campbell v. State*, 320 S.W .3d 338, 342 (Tex. Crim. App. 2010) (citing *Houston v. Lack*, 487 U.S.266, 275, 208 S.Ct. 2379 (1988), and stating that prisoner-mailbox rule provides that a pro se prisoner is deemed to have filed his properly addressed notice of appeal when it is delivered to the appropriate prison authorities for forwarding to the clerk of the convicting court).

Appellant's appointed counsel filed a brief in which she concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant has filed a pro se response.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree that the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the trial court's order denying DNA testing is affirmed.


PER CURIAM


Panel consists of Justices Brown, Christopher and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).